JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUIS ECHEVERRIA, | ) Case No. CV 16-8483-DDP(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: December 7, 2016

_____
Dean D. Pregerson
United States District Judge